# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNO LICENSING LLC, § § Plaintiff, § § vs. § § HARRIS CORPORATION § § Defendant. § § | Case No: PATENT CASE |

## COMPLAINT

Plaintiff Techno Licensing LLC ("Plaintiff" or "Techno") files this Complaint against Harris Corporation ("Defendant" or "Harris") for infringement of United States Patent No. 7,797,011 (hereinafter "the '011 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its office address at 3411 Preston Rd., Suite C, Frisco, Texas 75034.

4. On information and belief, Defendant is a Delaware corporation with a principal address at 1025 W. NASA Boulevard Melbourne, Florida.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District,

has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District because it is a Delaware corporation. In addition, and in the alternative, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District. For instance, on information and belief, Defendant has a regular and established place of business at 931 N Lombard St, Wilmington, DE 19801. On information and belief, Defendant has other regular and established places of business in this District.

## COUNT I
### (INFRINGEMENT OF UNITED STATES PATENT NO. 7,797,011)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '011 Patent with sole rights to enforce the '011 Patent and sue infringers.

11. A copy of the '011 Patent, titled "Communication Method and Communication Equipment in the PoC Service," is attached hereto as Exhibit A.

12. The '011 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one

or more claims, including at least Claims 1, 3, 4 and 5, of the '011 Patent by making, using, importing, selling, and/or offering for sale Push-to-talk over cellular (PoC) communication equipment and systems, which are covered by at least Claims 1, 3, 4 and 5 of the '011 Patent. Defendant has infringed and continues to infringe the '011 patent directly in violation of 35 U.S.C. § 271.

14. Defendant sells, offers to sell, and/or uses (including by at least testing) Push-to-talk over cellular (PoC) equipment including, without limitation, Harris two-way radios and smartphones, tablets, or other devices with the Harris BeOn mobile application, the Harris BeOn mobile app, and any similar products ("Product"), which infringe at least Claims 1, 3, 4 and 5 of the '011 Patent.  The system includes a plurality of communication devices that can operate in a half-duplex session. A user of a device that does not "have the floor" can perform key operation and transmit that key operation to a user of a device that does "have the floor."

15. The Product practices a method of controlling a communication relay (e.g., a Harris MBC-200 LTE mobile router) between a plurality of equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) in a PoC service (e.g., Push-to-talk over cellular) which attains a half-duplex talk session using a packet communication (e.g., communication over IP network) between the plurality of equipments, wherein each equipment comprises a talking key (e.g., a PTT button) and at least one operation information transmitting key (e.g., an emergency button).  These and other elements are illustrated in the publicly available information regarding the Product, as shown below:





BeOn provides a powerful convergence of narrowband and broadband, keeping you connected across technologies. By using existing commercial broadband networks, you can extend your PTT communication from a regional system to the nationwide coverage footprint of the commercial carrier.

Scalable, Affordable Communication for Businesses on the Go

Whether you are factory looking for an alternative to a traditional radio systems or a railroad or utility looking to expand the functionality and coverage of an existing land mobile radio system, BeOn is the ideal solution for today's mobile workforce!

When combined with commercial cellular towers and mobile devices, BeOn provides the necessary components to build a standalone, self-administered, feature-rich, group-oriented PTT communications and dispatch system at a price point much lower than traditional land mobile radio networks and equipment. BeOn can also be configured as a smartphone-based extension of your existing radio network while adding advanced features such as location mapping and presence.

https://play.google.com/store/apps/details?id=com.harris.rf.beonptt.android.ui



http://saudiericsson.com/portfolio-item/harris-radio-systems-old/



http://saudiericsson.com/portfolio-item/harris-radio-systems-old/

### MBC-200 LTE Mobile Router



The MBC-200 LTE Mobile Router provides simultaneous access to Public Safety Broadband Network Band 14 and commercial LTE networks, delivering optimal coverage for seamless, mission-critical connectivity. The MBC-200's redundant data connections allow first responders to receive streaming video feeds, access critical databases and provide geo-location information simultaneously via multiple uplink/downlink bearer paths—all from a compact, rugged enclosure that accommodates a variety of in-vehicle mounting options.

https://www.harris.com/solution/mbc-200-lte-mobile-router

# MBC-200 LTE MOBILE ROUTER
## 700 MHz LTE

The MBC-200 permits public safety subscribers access to commercial LTE networks as well as migration to the National Public Safety Broadband Network (FirstNet®), allowing public safety agencies to take advantage of the commercial network service available today and access to FirstNet when it becomes available. Using the MBC-200, first responders can access streaming video feeds, online databases, and mobile productivity applications in the field and when traveling to the scene of incident.

### ADVANCED DESIGN

The MBC-200 fully supports 3GPP Release 8 requirements today and is easily upgradable to Release 9. This means the MBC-200 is capable of advanced LTE modulations, including 2x2 Multiple Input/Multiple Output (MIMO) support, Quality of Service, and Access Control features required to ensure public safety users receive priority broadband transmissions and guaranteed bandwidth for mission-critical support of high bandwidth applications. Rule-based port switching enables IP control for such features as segregating traffic to designated bearers and defining the WAN fallback order. Access to commercial and private LTE networks provides seamless connectivity through redundant data connections with automatic switchover based on loss of connectivity.

Using the MBC-200, first responders can receive streaming video feeds, access critical databases, and provide geo-location information simultaneously with multiple uplink/downlink bearer paths. To provide the best network coverage, the MBC-200 uses external transmit and receive antennas. To support location-based services and situational awareness applications, MBC-200 includes an internal Wide Area Augmentation System (WAAS) enabled GPS receiver.

https://www.harris.com/sites/default/files/downloads/solutions/mbc-200-lte-700-mhz-mobile-router.pdf



https://www.harris.com/sites/default/files/analog-to-vida-migration.pdf



https://www.harris.com/solution/xl-200p-two-way-portable-radio



https://www.harris.com/sites/default/files/downloads/solutions/xl-200p-portable-two-way-multiband-radio-qg.pdf



https://www.harris.com/sites/default/files/downloads/solutions/beon-android-ptt-group-communications-user-manual-english2.pdf

16. The Product manages the equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) connected to the server (e.g., Vida core server), wherein one of the plurality of equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) has taken "the floor" (e.g., pressing a PTT button) in the half duplex talk session. This is illustrated in the publicly available information above and additional information below:

### 4.1.2 Device Controls

If the BeOn enabled device has a dedicated PTT button, this is can be used for PTT operations. The volume down button can also be used as the PTT button.

The volume up button can be used to declare a distress.

For a description of all other device controls, refer to the manufacturer's documentation for your device.

### 4.1.3 Phone and PTT Call Interoperability

This feature focuses on ensuring that standard phone calls interoperate with PTT communications in BeOn in a straightforward way. Some cellular networks support simultaneous voice (standard phone calls) and data communications (PTT communications), and others do not, so the BeOn user must be prompted to properly handle standard voice calls as they appear, and PTT communications must be treated according to the user's demands.

If standard phone calls and PTT calls can be supported simultaneously, the user can release the PTT button when a standard phone call arrives. Conversely, if the user is making a standard phone call, and a PTT call is received, the standard phone call continues uninterrupted and the PTT call is recorded but not played.

https://www.harris.com/sites/default/files/downloads/solutions/beon-android-ptt-group-communications-user-manual-english2.pdf

**Transmit an Individual Call**
1. When transmitting an Individual Call, the radio displays the called radio's name or Unit ID. If the radio is programmed for Acknowledged Individual Call, the radio displays "CALL QUEUED" until the callee answers or rejects the call.
2. After the callee answers, press PTT to respond. How long the radio remains in Individual Call mode with no activity is programmable.

**Receive an Individual Call**
1. When receiving an Individual Call, the radio displays the calling radio's name or Unit ID. The radio will also display "Press ▶ to END/REJECT CALL."
2. Press PTT to respond or ▶ to END/REJECT the call. How long the radio remains in the Individual Call mode with no activity is programmable.
3. The radio rings and indicates a missed call if you do not respond. The ring sounds until you press PTT, view the missed call menu (▲), change channel/group/system, or power cycle the radio.
4. Press ▶ to end the call.

https://www.harris.com/sites/default/files/downloads/solutions/xl-200p-portable-two-way-multiband-radio-qg.pdf



https://www.harris.com/sites/default/files/downloads/solutions/beon-android-ptt-group-communications-user-manual-english2.pdf

17. The Product acquires, as operation information (e.g., an emergency call information), a key operation of the operation information transmitting key (e.g., pressing an emergency button) of at least one of the plurality of equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) that has not taken "the floor" (e.g., a user of the accused system who is listening or not pressing the PTT button) in the half duplex talk session while said one of the plurality of equipments has "the floor" (e.g., a user of the accused system who has pressed the PTT button) in the half duplex talk session. This is illustrated in the publicly available information above and the additional information below:



https://www.harris.com/sites/default/files/downloads/solutions/beon-android-ptt-group-communications-user-manual-english2.pdf

**4.5.10 Initiating a Distress**

1. Press . *(an emergency operation)*
2. Confirm the distress at the prompt. The distress is initiated on the distress group which may be different than your currently selected group.
3. The Status bar is red during a distress. If the auto-key feature is enabled, an automatic PTT occurs for a configurable length of time following the initiation of a distress on a group. Pressing PTT during this time interrupts the auto-key timer.

https://www.harris.com/sites/default/files/downloads/solutions/beon-android-ptt-group-communications-user-manual-english2.pdf

## 5.33 EMERGENCY OPERATION

The XL-200P can be programmed to enable emergency mode. Unit name displays on dispatcher console if an emergency signal is received from another XL-200P on a digital channel.

### 5.33.1 Declaring an Emergency Call

1. Press and hold the emergency button on the radio or the speaker microphone. The length of time you need to hold the button is configured using RPM2.
2. The emergency icon is displayed on the idle display.

- For digital channels, the radio transmits the talkgroup or radio ID to the dispatch console and receiving radio.
- The radio can be programmed to have a dedicated emergency channel, which can be activated from analog or digital channels.
- The radio can also be programmed to send an Emergency Alarm in addition to or in place of the emergency call (P25 modes).

The radio goes through transmit and receive cycles if so configured. Speak into the microphone while the radio is transmitting or press PTT to talk.

https://www.harris.com/sites/default/files/downloads/solutions/xl-200p-lte-ready-two-way-portable-radio-operators-manual.pdf

18. The Product transmits the acquired operation information (e.g., an emergency operation information) to the equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) which are managed by a managing unit (e.g., Vida core server).

19. The Product displays the operation information (e.g., an emergency operation information) on a screen of said one of the plurality of equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) that has "the floor" (a user who is speaking or pressed PTT button) and/or on a screen of at least another one of the plurality of equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) that has not taken "the floor" (a user who is listening or not pressing PTT button).

20. Regarding Claim 3, the Product comprises a communication equipment (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) for conducting a half-duplex talk session using a packet communication (e.g., PTTOC

communication over an IP based network like LTE network) with other equipments (e.g., Harris two-way radios, smartphones or tablets with Harris BeOn mobile application) via a server (e.g., Vida core server). The communication equipment comprises a transmitting unit (e.g., a transmitter) that transmits key operations (e.g., pressing an emergency key) of said communication equipment to the server (e.g., Vida core server) as operation information (e.g., an emergency information). The communication equipment comprises a receiving unit (e.g., a receiver) that receives the operation information (e.g., emergency information) transmitted from the server, the operation information indicating the key operation of respective equipments (e.g., pressing an emergency key on another equipment in the group). These elements are further illustrated by the allegations above in connection with Claim 1.

21. Regarding Claim 4, the Product practices a method wherein the acquired operation information (e.g., pressing an emergency key) is transmitted to all of the equipments (e.g., all the two-way radios or smartphones with Harris BeOn mobile application in the caller group) which are managed by the managing unit (e.g., Vida core server). These elements are further illustrated by the allegations above in connection with Claim 1.

22. Regarding Claim 5, the Product practices a communication method wherein the transmitted operation information (e.g., pressing an emergency key) is displayed on each screen of said all of the equipments (e.g., all the two-way radios or smartphones with Harris BeOn mobile application in the caller group) to share the operation information among said all of the equipments. These elements are further illustrated by the allegations above in connection with Claims 1 and 4.

23. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 7,797,011 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 26, 2017               Respectfully submitted,

                                      */s/Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**